DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
FELIPE DURAN-AVINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR. S-05-044-FCD |
|---|---|---|
| | ) | |
| | ) | **STIPULATION AND ORDER** |
| Plaintiff, | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| v. | ) | |
| | ) | Date:    September 12, 2011 |
| FELIPE DURAN-AVINA, | ) | Time:    10:00 am. |
| | ) | Judge:   Hon. Frank C. Damrell, Jr. |
| | ) | |
| Defendant. | | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for FELIPE DURAN-AVINA, that the final dispositional hearing set for September 6, 2011 be rescheduled for September 12, 2011 at 10:00 a.m.

The reason for this continuance is to allow both counsel additional time to receive and review the dispositional memorandum and to give defense counsel time to review the memorandum with the defendant. Defense counsel missed today's appearance as a result of mistakenly calendaring

/ / /

/ / /

/ / /

/ / /

today's appearance for 9/16/11 and apologizes to the court and the government for this error.

DATED: September 7, 2011.                    Respectfully submitted,

                                                    DANIEL J. BRODERICK
                                                    Federal Public Defender

                                                    /s/ Courtney Fein
                                                    COURTNEY FEIN
                                                    Attorney for FELIPE DURAN-AVINA

DATED: September 7, 2011.                    BENJAMIN WAGNER
                                                    United States Attorney

                                                    /s/ Michele Beckwith
                                                    MICHELE BECKWITH
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 6, 2011, dispositional hearing be continued to September 12, 2011, at 10:00 am.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: September 7, 2011

_____
FRANK C. DAMRELL, JR.
United States District Judge

2